DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN HAYMES,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Trustee for
Carrington Mortgage Loan Trust, Series 2005-NC-5 Asset-Backed Pass-
Through Certificates,
Appellee.

No. 4D19-1154

[February 5, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Donald W. Hafele, Judge; L.T. Case No. 502017CA008322.

H. Dillon Graham, III, of Graham Legal, P.A., Coral Gables, for
appellant.

Nick Geraci of Lender Legal Services, LLC, Orlando, for appellee.

PER CURIAM.

*Affirmed. See Ortiz v. PNC Bank, Nat'l Ass'n*, 188 So. 3d 923 (Fla. 4th
DCA 2016).

WARNER, FORST, JJ., and WALSH, LISA S., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***